# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KLEO AG, *Plaintiff,* v. RIVADA NETWORKS, INC., *Defendant.* | No. 22-cv-01664 (DLF) |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendant's Motion to Dismiss the Second Amended Complaint, Dkt. 35, is **GRANTED**. It is further

**ORDERED** that the plaintiff is **DENIED** leave to amend. The Clerk of Court is directed to close this case.

_____
DABNEY L. FRIEDRICH
United States District Judge

November 16, 2023